**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**ANTERO RESOURCES
CORPORATION**

    **Plaintiff,**

**v.**                                                                              **CIVIL ACTION NO. 1:17-cv-03088**

**SOUTH JERSEY RESOURCES GROUP
LLC AND SOUTH JERSEY GAS
COMPANY**

    **Defendants.**

---

**NOTICE OF RELATED CASE**

---

    Pursuant to D.C.COLO.LCivR 3.2, Plaintiff Antero Resources Corporation submits this notice of the following related case:

    *Antero Resources Corporation v. South Jersey Resources Group LLC and South Jersey Gas Company*, 1:15-cv-00656-REB-MEH (D. Colo.) (The Honorable R. Blackburn).

Dated: December 21, 2017

Respectfully submitted,

*/s/ James R. Henderson*
Michael J. Gallagher
James R. Henderson
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: 303 892 9400
Facsimile: 303 893 1379
Email: Mike.Gallagher@dgslaw.com
　　　　Jim.Henderson@dgslaw.com

James D. Thompson III
Phillip B. Dye, Jr.
Kathleen B. Spangler
Nicholas N. Shum
Page S. Robinson
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone: 713 758 4502
Facsimile: 713 615 5765
Email: jthompson@velaw.com
　　　　pdye@velaw.com
　　　　kspangler@velaw.com
　　　　nshum@velaw.com
　　　　probinson@velaw.com

*Counsel for Plaintiff Antero Resources Corporation*