IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:17-cv-03088-REB-MEH | Date: | March 8, 2018 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                 *Counsel:*

ANTERO RESOURCES CORPORATION,                     James Thompson
                                                                                 Michael Gallagher

     Plaintiff,

v.

SOUTH JERSEY RESOURCES GROUP LLC, et al,     Brad Breslau
                                                                                 Winstol Carter

     Defendants.

# AMENDED
# COURTROOM MINUTES/MINUTE ORDER
# SCHEDULING CONFERENCE

**Court in session:**   **10:57 a.m.**

Court calls case.   Appearances of counsel.   Mr. Carter appeared by telephone.

**ORDERED:**   Parties will come up with a joint plan regarding discovery in this matter and file it with the court on or before April 9, 2018.

A Status Conference is set for **April 17, 2018 at 10:30 a.m**. before Magistrate Judge Michael Hegarty, Courtroom A501, Arraj Courthouse, Denver.   Parties may appear by telephone by conferencing together and calling Chambers at 303-844-4507.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Discovery Deadline:**          **January 7, 2019**

**Dispositive Motion Deadline:**          **February 4, 2019**

**Initial Rule 26(a)(2) Disclosures:**          **October 7, 2018**
**Rebuttal Rule 26(a)(2) Disclosures:**          **November 8, 2018**

**TRIAL:**

A trial to a jury is set for **May 6, 2019 at 8:30 a.m.** before Judge Blackburn; estimated length of trial is 5 days

A Trial Preparation Conference is set for **April 18, 2019 at 11:00 a.m**. before Judge Blackburn.

**ORDERED:**   [21] Motion to Stay Proceedings Pending Resolution of Prior Litigation (Opposed) is DENIED.

**Court in recess:**   **11:24 a.m.**   **(Hearing concluded)**
**Total time in Court: 0:27**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.