## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-03088-REB-SKC

ANTERO RESOURCES CORPORATION,

    Plaintiff,

v.

SOUTH JERSEY RESOURCES GROUP LLC, and
SOUTH JERSEY GAS COMPANY,

    Defendants.

## STIPULATED FINAL JUDGMENT

**Blackburn, J.**

This action was brought before the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado, presiding.  The parties have moved that the court enter a stipulated judgment as an order of the court, finding that defendants, South Jersey Gas Company and South Jersey Resources Group, LLC, confess to the entry of a judgment of agreed-upon damages.  The court has entered an order [#41] granting the **Joint Motion for Entry of Stipulated Judgment** [#40][1].  In accordance with the motion [#40], the order [#41], and the form of **Stipulated Judgment** [#40-1] tendered by the parties,  and pursuant to Fed. R. Civ. P. 58(a), this **Stipulated Final Judgment** is entered.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That as prescribed under Federal Rules of Civil Procedure 58, judgment enters for the plaintiff, Antero Resources Corporation, and against the defendant, South Jersey Gas Company in the amount of five million, five hundred fifty-six thousand, nine hundred

---

[1] "[#40]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

seventy-six dollars ($5,556,976), plus six hundred sixty-six thousand, six hundred forty-five dollars ($666,645) in accrued interest calculated using the Wall Street Journal Prime Rate plus 2%;

2. That as prescribed under Federal Rules of Civil Procedure 58, judgment enters for the plaintiff, Antero Resources Corporation, and against the defendant, South Jersey Resources Group LLC, in the amount of twelve million, five hundred sixty-eight thousand, nine hundred six dollars ($12,568,906), plus one million, four hundred seventy-seven thousand, seven hundred seventy-six dollars ($1,477,776) in accrued interest calculated using the Wall Street Journal Prime Rate plus 2%;

3. That defendants, South Jersey Gas Company and South Jersey Resources Group LLC, shall pay plaintiff, Antero Resources Corporation, for gas delivered under the Contracts going forward based on the Columbia Appalachia index price specified in the Contracts;

4. That the parties will each bear their own costs related to this action; and

5. That although this **Stipulated Final Judgment** is entered on the record on October 9, 2019, this **Stipulated Final Judgment** shall be effective as of September 25, 2019.

Dated October 9, 2019, at Denver, Colorado.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:   s/ A. Frank
A. Frank
Deputy Clerk

Approved as to form:

*Bob Blackburn* (signature)
Robert E. Blackburn
United States District Judge

2